**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

RE:

JOSE A. ZAMRANA ARROYO
D/B/A ZAMBRANA AUTO SERVICES

Deudor

* CASO NO. 07-03501-SEK
* CAPITULO 13

RECEIVED & TENDERED
U.S. Bankruptcy Court

DEC - 8 2009

## RESOLUCION Y ORDEN

**A LA HONORABLE CORTE:**

Comparece, Beatriz Contreras Pizarro, por cuenta propia, que suscribe y muy respetuosamente ante esta Honorable Corte, **EXPONE, ALEGA Y SOLICITA:**

1. El 10 de octubre de 2008, en esta Honorable Corte, se presentó una Vista del caso epígrafe, en la cual la Hon. Sara de Jesús Kellogg, Jueza de Quiebras, determinó la anulación de la Resolución del 18 de diciembre de 2007 y envía el Caso a los Foros del Departamento de Asuntos al Consumidor, para que se presentara una nueva vista, (se aneja Orden del 16 de octubre de 2008, emitida por la Hon. Sara De Jesús Kellogg).

2. En Resolución emitida el 7 de agosto de 2009, se dilucida por segunda ocasión la Reclamación, por incumplimiento de contrato y por daños por una reparación defectuosa, Querella Núm. 300014947, la cual fue resuelta nuevamente a favor de la Querellante, (Se aneja Resolución).

4. El 11 de agosto de 2009, el Querellado y Deudor el Sr. José A. Zambrana, radica una Reconsideración a esta Resolución (se aneja Reconsideración).

5. El 20 de agosto de 2009, esta suscribiente, radica al Departamento de Asuntos al Consumidor, la Oposición a la Reconsideración del Sr. José A. Zambrana (se aneja la Oposición de Reconsideración).

*[Handwritten margin notes, partially legible:]* Orden: Even though the trustee has [been dismissed?] for a general & mappable order since August 24, 2007, [...] order the clerk to enter the [...] court to [...] a full report [...] [signed]